**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mindie M Palmer** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8010 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | |
| Case number:  **21–22342  RKM** | Chapter 7 | Petition date: 5/26/21 |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mindie M Palmer

<u>8/25/21</u>                                                           **By the court:**   <u>R. Kimball Mosier</u>
                                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Utah

In re:     Case No. 21-22342-RKM

Mindie M Palmer     Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: Aug 25, 2021     Form ID: 318     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mindie M Palmer, 4729 S 3950 W, Roy, UT 84067-8833 |
| 11853320 | | Apria HealthCare LLC, 26220 Enterprise Ct, Lake Forest, CA 92630-8405 |
| 11853322 | | Brad Melvville MD, 4403 Harrison Blvd Ste 1815, Ogden, UT 84403-3339 |
| 11853323 | | Carecentrix, 20 Church St Fl 12, Hartford, CT 06103-1246 |
| 11853327 | | Check CIty, 1207 Washington Blvd, Ogden, UT 84404-5742 |
| 11853330 | | Dennis Winters MD, 4403 Harrison Blvd Ste 1815, Ogden, UT 84403-3339 |
| 11853332 | | Dominion Energy, 1140 W 200 S, Salt Lake City, UT 84104-1800 |
| 11853333 | | Epic emergency Physicians, 333 N 300 W, Salt Lake City, UT 84103-1215 |
| 11853337 | | First Professiona Services Corporation, 8841 S Redwood Rd Ste B, West Jordan, UT 84088-9290 |
| 11853339 | | Independence University, PO Box 575777, Murray, UT 84157-5777 |
| 11853340 | | Intermountain Healthcare, PO Box 27128, Salt Lake City, UT 84127-0128 |
| 11853342 | | Mount Ogden Anesthesia Group, 4364 Washington Blvd, Ogden, UT 84403-1866 |
| 11853344 | | Mountain Visat Dental, 539 N Harrisville Rd Ste F, Harrisville, UT 84404-3577 |
| 11853345 | | Mountain West Anesthesi, PO Box 3570, Salt Lake City, UT 84110-3570 |
| 11853347 | | Mountian Strar Medical, 6985 S Union Park Ctr Ste 500, Cottonwood Heights, UT 84047-4182 |
| 11853349 | | NEWDEALUSEDCARS, 3213 Wall Ave, Ogden, UT 84401-3808 |
| 11853351 | | Outsource Receivables, 1349 Washington Blvd, Ogden, UT 84404-5744 |
| 11880242 | + | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
| 11853355 | | Rock Run Dental, 5985 S 3500 W, Roy, UT 84067-9003 |
| 11853360 | | SPEEDYCASH.COM 89-UT, PO Box 780408, Wichita, KS 67278-0408 |
| 11853359 | | South Ogden Specialty Surgery Center, 955 Chambers St # SITE 101, South Ogden, UT 84403-4595 |
| 11853363 | + | Tanner Clinic, 2121 N 1700 W, Layton, UT 84041-1185 |
| 11853364 | | Timberline Financial I, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 11853366 | | U.S. Department of the Treasury, Debt Managment Services, PO Box 830794, Birmingham, AL 35283-0794 |
| 11853367 | | Utah Cardiology, 444 W Bourne Cir Ste 200, Farmington, UT 84025-3657 |
| 11853370 | | Visa, PO Box 5069, Sioux Falls, SD 57117-5069 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11853319 | Email/Text: legal@liftcredit.com | Aug 25 2021 23:05:00 | 2 Guys Loans, 3214 N University Ave Ste 601, Provo, UT 84604-4405 |
| 11860671 | EDI: ATLASACQU | Aug 26 2021 03:08:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 11853321 | Email/Text: banko@bonncoll.com | Aug 25 2021 23:05:00 | Bonneville Collections, PO Box 150621, Ogden, UT 84415-0621 |
| 11853325 | Email/Text: bankruptcynotices@cbecompanies.com | Aug 25 2021 23:05:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 11853324 | EDI: PHINGENESIS | Aug 26 2021 03:13:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 11853328 | Email/Text: constable.sindt@gmail.com | Aug 25 2021 23:04:00 | Constable's Office, 47 E Fort Union Blvd Ste 201, Midvale, UT 84047-5507 |
| 11853331 | EDI: NAVIENTFKASMDOE.COM | | |

Case 21-22342 Doc 7 Filed 08/27/21 Entered 08/27/21 22:22:20 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 26 2021 03:08:00 | Dept of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 11853334 | Email/Text: bankruptcy@expressrecovery.com | Aug 25 2021 23:05:00 | Express Recovery INC, 2790 Decker Lake Dr, West Valley, UT 84119-2057 |
| 11853335 | EDI: AMINFOFP.COM | Aug 26 2021 03:08:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 11853336 | EDI: AMINFOFP.COM | Aug 26 2021 03:08:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 11853338 | EDI: PHINGENESIS | Aug 26 2021 03:13:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 11853341 | EDI: IRS.COM | Aug 26 2021 03:08:00 | Internal Revenue Service Centralized Ins, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11853326 | EDI: JPMORGANCHASE | Aug 26 2021 03:08:00 | Chase, PO Box 659732, San Antonio, TX 78265-9732 |
| 11853343 | Email/Text: wendy@mountainlandcollections.com | Aug 25 2021 23:05:00 | Mountain Land Collections, 852 N 1050 E, American Fork, UT 84003 |
| 11853346 | Email/Text: wendy@mountainlandcollections.com | Aug 25 2021 23:05:00 | Mountian Land Collections, PO Box 1280, American Fork, UT 84003-6280 |
| 11853348 | Email/Text: m4u@mny4you.com | Aug 25 2021 23:05:00 | Mr. Money, 1167 W 12th St, Ogden, UT 84404-5408 |
| 11853350 | Email/PDF: HCABKNotifications@resurgent.com | Aug 25 2021 23:12:33 | Ogden Regional Medical Center, 5475 S 500 E, Ogden, UT 84405-6905 |
| 11853329 | Email/Text: smgutahbankruptcycourt@steward.org | Aug 25 2021 23:04:25 | Davis Hospital, PO Box 27012, Salt Lake City, UT 84127-0012 |
| 11853353 | Email/Text: bankruptcy@gopfs.com | Aug 25 2021 23:05:00 | Prestige Financial, 1420 S 500 W, Salt Lake City, UT 84115-5149 |
| 11853352 + | Email/Text: accounting@park.edu | Aug 25 2021 23:05:23 | Park University, 8700 NW River Park Dr, Parkville, MO 64152-3795 |
| 11853354 | Email/Text: ecfbankruptcy@progleasing.com | Aug 25 2021 23:05:00 | Progressive leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 11853356 | Email/Text: bankruptcynotifications@pacificorp.com | Aug 25 2021 23:05:00 | Rockey Mountain Power, PO Box 25308, Salt Lake City, UT 84125-0308 |
| 11853358 | Email/Text: bankruptcy@snapfinance.com | Aug 25 2021 23:04:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126-0561 |
| 11853357 | Email/Text: bankruptcy@speedyinc.com | Aug 25 2021 23:05:00 | Scil INC, 3611 N Ridge Rd, Wichita, KS 67205-1214 |
| 11853362 | Email/Text: amieg@stcol.com | Aug 25 2021 23:05:00 | State collections service, PO Box 6250, Madison, WI 53716-0250 |
| 11853365 | Email/Text: BankruptcyNotices@titlemax.com | Aug 25 2021 23:05:00 | Title Max, 15 Bull St, Savannah, GA 31401-2685 |
| 11853368 | EDI: UTAHTAXCOMM.COM | Aug 26 2021 03:08:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 11853369 | EDI: VERIZONCOMB.COM | Aug 26 2021 03:08:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11853361 | | St Choice Money Center, 1377 W 9000 S, RETURNED MAIL--99999 |

Case 21-22342  Doc 7  Filed 08/27/21  Entered 08/27/21 22:22:20  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 1088-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

| cr | *+ | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
|---|---|---|

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abraham O. Smoot, VII | on behalf of Creditor Recoup Asset Management LLC aosvii@gmail.com recoupassetmanagement@gmail.com |
| David L. Miller tr | davidlmillerpc@msn.com ut09@ecfcbis.com;dlm@trustesolutions.net |
| Ryan S Wilkinson | on behalf of Debtor Mindie M Palmer wilkinsonlegal@outlook.com G9577@notify.cincompass.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4